# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARSHA SILVER HEIT<br><br>v.<br><br>PENN DENTAL MEDICINE, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, DANA T. GRAVES, D.D.S., DENIS F. KINANE, B.D.S. | CIVIL ACTION<br><br>NO. 16-2929 |
|---|---|

## ORDER GRANTING SUMMARY JUDGMENT

**AND NOW**, this 29th day of November 2017, after review of the Motion for Summary Judgment submitted by Defendants Penn Dental Medicine, Trustees of the University of Pennsylvania, Dana T. Graves, and Denis F. Kinane, (ECF 85), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motion for summary judgment is **GRANTED**. Plaintiff's motion for relief pursuant to Rule 56(d)(2) (ECF 99) is **DENIED**. All other pending motions are **DENIED** as moot.

The Complaint is therefore **DISMISSED** with prejudice.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-2929 Heit v Penn Dental\16cv2929 Order Granting Summary Judgment.doc